HOME INDEMNITY COMPANY, Respondent, *v.* ADRIAN V. R. HABBEN, Appellant, Impleaded with Others.

Submitted May 15, 1939; decided May 31, 1939.

*Henry B. Potter* for appellant.

*Edwin R. Wolff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.